# EXHIBIT ONE

| Product | Sku | Product ID |
|---|---|---|
| (10ct) 10 mg Vegan Delta 8 Gumdrops, 100mg Gummies | | |
| (10ct) 25 mg Delta-9 THC Gummies: Strawberry Lemonade | 6457812565776 | |
| (10ct) 25 mg Delta-9 THC Gummies: Aloha Pineapple | 697521245531 | |
| (10ct) 25 mg Delta-9 THC Gummies: Blueberry Bubbleyum | 697521124667 | |
| (10ct) 25 mg Delta-9 THC Gummies: Mango Mojito | 6457811196766 | |
| (10ct) 25 mg Delta-9 THC Gummies: Peach Tea | 697521262538 | |
| (2 ct) 50mg Delta-9 Cereal Treats: Cocoa Mint Treats | 6457812344123 | |
| (2 ct) 50mg Delta-9 Cereal Treats: Fruity Pebbles | 6457881498822 | |
| (20ct) Sourz Gummies( 14.2mg Delta-9 THC per piece) | 6457811182301 | |
| (2ct) Infused Cookies: Berry Galactic Sugar Cookies | 6457881490154 | |
| (2ct) Infused Cookies: Double Chocolate Chip | 645781003958 | |
| (2ct) Infused Cookies: Oatmeal Chocolate Chip | 645781480841 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 14 grams: OG Kush | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 14 grams: Pineapple Express | S127289 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 14 grams: Runtz | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 14 grams: White Widow | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 3.5 grams: Gas Monkey | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: BlueCheese | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Gas Monkey | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: GG #4 | E907606 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Girl Scout Cookies | C491984 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: OG Kush | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Pineapple Express | D663945 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Runtz | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Skywalker OG | Y243340 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Strawnana | R607046 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: Super Silver Haze | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops, 7 grams: White Widow | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops,14 grams: Chemdawg | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops,14 grams: Super Sour Diesel | W979183 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops,7 grams: Afghani | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops,7 grams: Chemdawg | 5189154 | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops,7 grams: Strawberry Shortcake | | |
| (40 ct) 25 mg Vegan Delta- 8 Gumdrops,7 grams: Super Sour Diesel | | |
| (40 ct) Berry Good Times Gummies | 697521218436 | |

| Item | Code |
|---|---|
| (40ct) Delta-9, 9mg Galactic Gummies | 6457810831196 |
| (50ct) 10mg Vegan Delta 8 Gumdrops, 500mg Gummies | 6457814777612 |
| (5ct) 22mg Delta-9 Canna Caramels | 6457814200373 |
| (6ct) Delta-9 THC, 15mg: Gas Monkey | |
| 1 gram: Ice Cream Cake | |
| 1 gram: PeanutButter Cookies | |
| 1 gram: Phantom OG | |
| 1 gram: Purple Punch | |
| 1 gram: Slapz | |
| 1 gram: Sour Diesel | |
| 11 CBD & Delta 8 Tincture | 6957213375440 |
| 14 grams: Afghani | 472107N |
| 14 grams: Bluecheese | |
| 14 grams: Gas Monkey | |
| 14 grams: GG#4 | 15977OY |
| 14 grams: Girl Scout Cookies | 3463802 |
| 14 grams: Ice Cream Cake | |
| 14 grams: PeanutButter Cookies | |
| 14 grams: Phantom OG | |
| 14 grams: Purple Punch | |
| 14 grams: Silver haze | |
| 14 grams: Skywalker OG | 5337622 |
| 14 grams: Slapz | |
| 14 grams: Sour Diesel | |
| 14 grams: Strawberry Shortcake | 5930449 |
| 14 grams: Strawnana | F164304 |
| 14 grams: Afghani | F277133 |
| 28 grams: BlueCheese | |
| 28 grams: Chemdawg | |
| 28 grams: Gas Monkey | |
| 28 grams: GG#4 | F203581 |
| 28 grams: Girl Scout Cookies | Z071380 |
| 28 grams: Ice Cream Cake | |
| 28 grams: OG Kush | |
| 28 grams: PeanutButter Cookies | |
| 28 grams: Phantom OG | |
| 28 grams: Pineapple Express | P474126 |
| 28 grams: Purple Punch | |

28 grams: Runtz
28 grams: Skywalker OG
28 grams: Slapz
28 grams: Sour Diesel
28 grams: Strawberry Shortcake
28 grams: Strawnana
28 grams: Super Silver Haze
28 grams: Super Sour Diesel
28 grams: White Widow
3 Pack Delta-8 Pre-Roll, (1/2 gram): Biscotti
3 Pack Delta-8 Pre-Roll, (1/2 gram): BlueCheese
3 Pack Delta-8 Pre-Roll, (1/2 gram): Candyland
3 Pack Delta-8 Pre-Roll, (1/2 gram): GG#4
3 Pack Delta-8 Pre-Roll, (1/2 gram): OG Kush
3 Pack Delta-8 Pre-Roll, (1/2 gram): Pineapple Express
3 Pack Delta-8 Pre-Roll, (1/2 gram): Runtz
3 Pack Delta-8 Pre-Roll, (1/2 gram): Skywalker OG
3 Pack Delta-8 Pre-Roll, (1/2 gram): Thin Mintz
3 Pack Delta-8 Pre-Roll, (1/2 gram): White Widow
3 Pack Delta-8 Pre-Roll, king Size (1.3 grams): Biscotti
3 Pack Delta-8 Pre-Roll, king Size (1.3 grams): BlueCheese
3 Pack Delta-8 Pre-Roll, King Size (1.3 grams): Candyland
3 Pack Delta-8 Pre-Roll, king Size (1.3 grams): GG#4
3 Pack Delta-8 Pre-Roll, King Size (1.3 Grams): OG Kush
3 Pack Delta-8 Pre-Roll, King Size (1.3 Grams): Pineapple Express
3 Pack Delta-8 Pre-Roll, king Size (1.3 grams): Runtz
3 Pack Delta-8 Pre-Roll, King Size (1.3 grams): Skywalker OG
3 Pack Delta-8 Pre-Roll, King Size (1.3 grams): Super Sour Diesel
3 Pack Delta-8 Pre-Roll, King Size (1.3 grams): White Widow
3 Pack Delta-8 Pre-Roll, King Size, (1.3 grams): Thin Mintz
3.5 gram: PeanutButter Cookies
3.5 grams: Ice Cream Cake
3.5 grams: Phantom OG

C088128

V717270
1161219

6975214975

| Item | Code |
|---|---|
| 3.5 grams: Purple Punch | |
| 3.5 grams: Slapz | |
| 3.5 grams: Sour Diesel | |
| 7 grams: Ice Cream Cake | |
| 7 grams: PeanutButter Cookies | |
| 7 grams: Phantom OG | |
| 7 grams: Purple Punch | |
| 7 grams: Slapz | |
| 7 grams: Sour Diesel | |
| Brownies | |
| Chocolate Bars: Cookies and Cream (150mg Delta-9 THC) | 6975211115056 |
| Chocolate Bars: Ghirardelli Dark Chocolate (60% Cacao 150mg Delta-9 THC) | 6457811442917 |
| Chocolate Bars: Ghirardelli Milk Chocolate (150mg Delta-9 THC) | 6457811095656 |
| Chocolate Bars: Peppermint Bark (150mg Delta-9 THC) | 6457811278820 |
| Chocolate Bars: Strawberries and Cream Bar (150mg Delta-9 THC) | 6457811098343 |
| Delta-10 Blend THC 1 gram Vessels: Super Silver Haze | |
| Delta-10 Blend, THC 1 gram Vessels: Pineapple Express | |
| Delta-8 Pre Rolls, King Size (1.3 grams): OG Kush | 6806660006484 |
| Delta-8 Distillate, 1 Kilo 1000 grams | |
| Delta-8 Distillate, 10 grams | |
| Delta-8 Distillate, 100 grams | |
| Delta-8 Distillate, 50 grams | |
| Delta-8 Limited Release 0.5g Vessels: Banana Runtz | 6457810101052 |
| Delta-8 Limited Release 0.5g Vessels: Biscotti | 6457811010659 |
| Delta-8 Limited Release 0.5g Vessels: Candyland | |
| Delta-8 Limited Release 0.5g Vessels: Gas Berry | |
| Delta-8 Limited Release 0.5g Vessels: Orange Creamsicle | |
| Delta-8 Lim Rel 0.5g Vessels: Pumpkin Spice (10% CBC, 40% CBD, 40% Delta-8) | |
| Delta-8 Pre Rolls, 1/2 gram, GG#4 | 6347308333395 |
| Delta-8 Pre Rolls, 1/2 gram, OG Kush | 6347308333449 |
| Delta-8 Pre Rolls, 1/2 gram, Pineapple Express | 6806660003643 |
| Delta-8 Pre Rolls, 1/2 gram: Biscotti | V197646 |

| Product | Code |
|---|---|
| Delta-8 Pre Rolls, 1/2 gram: Blue Cheese | 6975210082617 |
| Delta-8 Pre Rolls, 1/2 gram: Candyland | 118975R |
| Delta-8 Pre Rolls, 1/2 gram: Purple Punch | 6347308333463 |
| Delta-8 Pre Rolls, 1/2 gram: Runtz | 6347308333494 |
| Delta-8 Pre Rolls, 1/2 gram: Super Sour Diesel | 6457811366307 |
| Delta-8 Pre Rolls, 1/2 gram: Thin Mintz | 6457811297664 |
| Delta-8 Pre Rolls, 1/2 gram: Wedding Cake | 6457814100558 |
| Delta-8 Pre Rolls, 1/2 gram: White Widow | 6975214998296 |
| Delta-8 Pre Rolls, King Size (1.3 grams): Blue Cheese | |
| Delta-8 Pre Rolls, King size (1.3 grams): Runtz | 591767V |
| Delta-8 Pre Rolls, King Size (1.3 grams): Thin Mintz | 6457811464490 |
| Delta-8 Pre Rolls, King Size, (1.3 grams), GG#4 | 6347308333388 |
| Delta-8 Pre Rolls, King Size, (1.3 grams): Biscotti | 6975213477044 |
| Delta-8 Pre Rolls, King Size, (1.3 grams): Candyland | 6457811334120 |
| Delta-8 Pre Rolls, King Size, (1.3 grams): Pineapple Express | 6806600088150 |
| Delta-8 Pre Rolls, King Size, (1.3 grams): Purple Punch | 865191Q |
| Delta-8 Pre Rolls, King Size, (1.3 grams): Super Sour Diesel | 279885E |
| Delta-8 Pre Rolls, King Size, (1.3 grams): Wedding Cake | 6457810058316 |
| Delta-8 Pre Rolls, King Size, (1.3 grams): White Widow | 6975212269780 |
| Delta-8 THC 1 Gram Vessels: Afghani | 6457810006751 |
| Delta-8 THC 1 Gram Vessels: Blackberry Kush | |
| Delta-8 THC 1 Gram Vessels: Blue Dream | |
| Delta-8 THC 1 Gram Vessels: Chemdawg | |
| Delta-8 THC 1 Gram Vessels: Durban Poison | |
| Delta-8 THC 1 Gram Vessels: Forbidden Fruit | |
| Delta-8 THC 1 Gram Vessels: Gas Berry | J080358 |
| Delta-8 THC 1 Gram Vessels: GG4 | 314403f |
| Delta-8 THC 1 Gram Vessels: Green Crack | |
| Delta-8 THC 1 Gram Vessels: OG Kush | 385681D |
| Delta-8 THC 1 Gram Vessels: Paris OG | |
| Delta-8 THC 1 Gram Vessels: Pineapple Diesel | 278821G |
| Delta-8 THC 1 Gram Vessels: Runtz | |

| Product | Code |
|---|---|
| Delta-8 THC 1 Gram Vessels: Skywalker OG | 697521409759 |
| Delta-8 THC 1 Gram Vessels: Super Sour Diesel | 6975521080163 |
| Delta-8 THC 1 Gram Vessels: White Widow | 6457811000008 |
| Delta-8-Pre Rolls, 1/2 gram: Skywalker OG | 6457813671210 |
| Delta-8-Pre Rolls, King Size, (1.3 grams) : Skywalker OG | 6457811127296 |
| Delta-9 (10 ct) Gummies (Farm Bill Compliant): Grapefruit & Hops | 6975521157230 |
| Delta-9 Vegan Terpene Enhanced Gummies | 6975521097154 |
| Delta-9 Vegan Terpene Enhanced Gummies, 9mg THC : Berry Sweet Dreams | 6975521131384 |
| Delta-9 Vegan Terpene Enhanced Gummies, 9mg THC: Magical Mango | 6457813007210 |
| Delta-9 Vegan Terpene Enhanced Gummies, 9mg THC: Strangely Strawberry | 6457811007277 |
| Dream (D8 & CBN Tincture) | 6975521056977 |
| Drip (Water soluble tincture) | 6975521067720 |
| Drop (D8 water soluble tincture) | 6975521093194 |
| LittiPops: Bean Buzz Coffee (40mg THC, 20mg THCV, 20mg CBC) | 6975521443715 |
| LittiPops: Black Hole (40mg D9 THC + 40mg HHC + 10mg THC-P)) | 6975521398022 |
| LittiPops: Feelin' Peachy (40mg THC, 20mg THCV, 20mg CBC) | 6975521430654 |
| LittiPops: Ganja Green Tea (40MG Delta-9 THC, 10mg CBD, 10mg CBG) | 6975521415538 |
| LittiPops: Mango Tango (40mg Delta-9 THC) | 6975521395083 |
| LittiPops: Mojito | 6975521090360 |
| LittiPops: Not Your Granny Smith's Spliff (50MG Delta-9 THC) | 6975521386456 |
| LittiPops: Oh So Pink Lemonade (40mg THC + 20mg CBC) | 6975521332651 |
| LittiPops: Orange C.R.E.A.M.sicle (40mg Delta-9 THC) | 6975521322454 |
| LittiPops: Puff Puff Pistachio (35mg D8) | 6975521266338 |
| LittiPops: Sin-a-mon (60mg CBD No THC) | |
| LittiPops: Sleep with Me Vanilla Lavender (41.7MG thc, 15mg CBN) | |
| LittiPops: Strawberry Fields (40mg Delta-9 THC, 20mg CBD, 20mg CBC) | |
| LittiPops: Walkin Bacon (20mg Delta-9 THC + 20mg CBD) | |
| Live Resin Vessels: Garlic Breath | |
| Live Resin Vessels: Granddaddy Purple | |
| Live Resin Vessels: Jack | V074442 |
| Live Resin Vessels: Maui Wowi | |
| Live Resin Vessels: Wedding Cake | M311083 |

| Product | Code |
|---|---|
| Nano Emulsified Water Soluble CBD | 6975210780009 |
| Shine D8 Tincture | 6457813699337 |
| Snozzberries | 4494951 |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Strawnana | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Super Sour Diesel | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: White Widow | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Afghani | 3380182 |
| Terpene-Infused Delta-8 Flower, 3.5 grams: BlueCheese | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Chemdawg | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Gas Monkey | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: GG#4 | 6156538 |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Girl Scout Cookies | 8160428 |
| Terpene-Infused Delta-8 Flower, 3.5 grams: OG Kush | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Pineapple Express | 408008K |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Runtz | |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Skywalker OG | 1697553 |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Strawberry Shortcake | 4089570 |
| Terpene-Infused Delta-8 Flower, 3.5 grams: Super Silver Haze | |
| Thrive (D8, CBD, CBG Tincture) | R729168 |
| Truffle Asteroids: Carefree Cookies & Cream 25mg | |
| Truffle Asteroids: Peace Out Pistachio 33mg | |
| Vybez (D8, CBC &THCV) Tincture | 6457814750021 |
| 7G THC-A Infused Flower: Berry Cream Puff Sativa | 37973190000180000 |
| 7G THC-A Infused Flower: Bubblegum Runtz Hybrid | 37973190000180000 |
| 7G THC-A Infused Flower: Cake Mintz Indica | 37973190000182471 |
| 7G THC-A Infused Flower: Godfather OG Indica | 37973190000182473 |
| 7G THC-A Infused Flower: Gummy Bears Sativa | 37973190000182475 |
| 7G THC-A Infused Flower: Jealousy Hybrid | 37973190000182477 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Alien Blueberry Indica | 37973190000143431 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Bubblegum Biscotti Hybrid | 37973190000143433 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Bugatti OG Hybrid | 37973190000143435 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Guava Goddess Sativa | 37973190000143437 |

| Product | Code |
|---|---|
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Jazz Plant Sativa | 3797319000000143439 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Lemon Venom Indica | 3797319000000143441 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Mandarin Punch Indica | 3797319000000143443 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Pineapple Banana Sativa | 3797319000000143445 |
| Baby Burnout 2.2ml THC-M + THC-A + THC-P: Strawberry Soda Indica | 3797319000000143447 |
| Baby Burnout 2.2ml THC-M + THC-P + THC-M: Vanilla Haze Sativa | 3797319000000143449 |
| Blue Lotus + D9 Sapphire Blend: Goldberry (Indica) | 3797319000005407095 |
| Blue Lotus + D9 Sapphire Blend: Holy Grail OG (Indica) | 3797319000005407097 |
| Blue Lotus + D9 Sapphire Blend: Jack Frost (Sativa) | 3797319000005407085 |
| Blue Lotus + D9 Sapphire Blend: Lucky Charms (Hybrid) | 3797319000005407089 |
| Blue Lotus + D9 Sapphire Blend: Pink Panther (Sativa) | 3797319000005407083 |
| Blue Lotus + D9 Sapphire Blend: Purple Dynamite (Indica) | 3797319000005407093 |
| Blue Lotus + D9 Sapphire Blend: Red Dragon (Sativa) | 3797319000005407081 |
| Blue Lotus + D9 Sapphire Blend: Sherblato (Sativa) | 3797319000005407079 |
| Blue Lotus + D9 Sapphire Blend: Strawberry Mochi (Hybrid) | 3797319000005407087 |
| Blue Lotus + D9 Sapphire Blend: White Guava (Indica) | 3797319000005407091 |
| Burnout Black Series THC-M + THC-A + THC-P: Black Diamond Indica | 3797319000000145001 |
| Burnout Black Series THC-M + THC-A + THC-P: Blackberry Blast Sativa | 3797319000000145017 |
| Burnout Black Series THC-M + THC-A + THC-P: Electric Lemonade Sativa | 3797319000000145003 |
| Burnout Black Series THC-M + THC-A + THC-P: Forbidden Fruit Indica | 3797319000000145005 |
| Burnout Black Series THC-M + THC-A + THC-P: GG4 Hybrid Sativa | 3797319000000145007 |
| Burnout Black Series THC-M + THC-A + THC-P: Maui Wowie Sativa | 3797319000000145009 |
| Burnout Black Series THC-M + THC-A + THC-P: Passionfruit Diesel Sativa | 3797319000000145011 |
| Burnout Black Series THC-M + THC-A + THC-P: Purple Punch Indica | 3797319000000144115 |
| Burnout Black Series THC-M + THC-A + THC-P: Sherbert Queen Indica | 3797319000000145013 |
| Burnout Black Series THC-M + THC-A + THC-P: Skywalker OG Hybrid | 3797319000000145015 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Biscotti Pancakes Indica | 3797319000000143927 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Blue Dream Sativa | 3797319000000143929 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Cereal Runtz Indica | 3797319000000143931 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Green Crack Sativa | 3797319000000143933 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Jet Fuel Sativa | 3797319000000143935 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Pineapple Express Hybrid | 3797319000000143937 |

| Product | Code |
|---|---|
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Pink Starburst Hybrid | 3797319000000143939 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Rainbow Skittlez Indica | 3797319000000143941 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Strawberry Gelato Indica | 3797319000000143943 |
| Burnout Blend 3.5g THC-M + THC-A + THC-P: Watermelon Diesel Sativa | 3797319000000143945 |
| Delta-8 Live Resin 2g: Black Cherry Punch Sativa | 3797319000000145169 |
| Delta-8 Live Resin 2g: Grape Ape Indica | 3797319000000145171 |
| Delta-8 Live Resin 2g: Lemon Cherry Gelato | 3797319000000145173 |
| Delta-8 Live Resin 2g: Sour Blueberry Sativa | 3797319000000145175 |
| Delta-8 Live Resin 2g: White Berry Hybrid | 3797319000000145177 |
| Delta-9 (10 ct) Gummies (Farm Bill Compliant): Mango Passion Fruit Mojito | 6975211066689 |
| Delta-9 250mg Gummies: Berries & Cream | 3797319000000180765 |
| Delta-9 250mg Gummies: Caramel Apple | 3797319000000180767 |
| Delta-9 250mg Gummies: Cherry Cola | 3797319000000180769 |
| Delta-9 250mg Gummies: Chili Lime | 3797319000000180771 |
| Delta-9 250mg Gummies: Mango Peach | 3797319000000180773 |
| Delta-9 250mg Gummies: Root Beer Float | 3797319000000180775 |
| Delta-9 250mg Gummies: Sour Grapezilla | 3797319000000180777 |
| Delta-9 250mg Gummies: Strawberry Lemon Lime | 3797319000000180779 |
| Firecracker Pre-Roll 2.5g THC-A Infused Flower: Pink Champagne Indica | 3797319000000182531 |
| Firecracker Pre-Roll 2.5g THC-A Infused Flower: Platinum OG Indica | 3797319000000182533 |
| Firecracker Pre-Roll 2.5g THC-A Infused Flower: Purple Haze Sativa | 3797319000000182535 |
| Firecracker Pre-Roll 2.5g THC-A Infused Flower: Rainbow Gelato Hybrid | 3797319000000182537 |
| Firecracker Pre-Roll 2.5g THC-A Infused Flower: Sour Diesel Sativa | 3797319000000182539 |
| Firecracker Pre-Roll 2.5g THC-A Infused Flower: White Runtz Hybrid | 3797319000000182541 |
| Glow 3.5g THC-X: Blueberry Pancakes x Cream Sativa | 3797319000000136899 |
| Glow 3.5g THC-X: Cannoli x White Runtz Indica | 3797319000000136901 |
| Glow 3.5g THC-X: Dragon Fruit x Georgia Pie Sativa | 3797319000000136903 |
| Glow 3.5g THC-X: Gelatti x Biscotti Indica | 3797319000000136905 |
| Glow 3.5g THC-X: Guava Gelato x Blue Dream Sativa | 3797319000000136907 |
| Glow 3.5g THC-X: Hawaiian Snow x Mauwi Wowie Hybrid | 3797319000000136909 |
| Glow 3.5g THC-X: Honey Bun x Rolex OG Indica | 3797319000000136911 |
| Glow 3.5g THC-X: Jack Herrer x Northern Lights Hybrid | 3797319000000136913 |

| Product | Code |
|---|---|
| Glow 3.5g THC-X: Rainbow Gushers x Zkittlez Indica | 37973190000136915 |
| Glow 3.5g THC-X: Tropical Slushy x Pixie Dust Sativa | 37973190000136917 |
| Gravity Haymaker Gummies 350mg x 30 Sachets: Blue Razz | 37973190000794581 |
| Gravity Haymaker Gummies 350mg x 30 Sachets: Cherry Bomb | 37973190000794583 |
| Gravity Haymaker Gummies 350mg x 30 Sachets: Rocket Pop | 37973190000794579 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Blue Razz | 37973190000180673 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Cherry Bomb | 37973190000180675 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Citrus Punch | 37973190000180677 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Cotton Candy | 37973190000192135 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Pineapple Jalapeño | 37973190000180679 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Pink Lemonade | 37973190000180681 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Rocket Pop | 37973190000180683 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Sour Apple | 37973190000180685 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Sour Punch | 37973190000180687 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Strawberry Mango | 37973190000180689 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Tiki Punch | 37973190000180691 |
| Haymaker 3500mg THC-P + D-9 + THC-X: Wild Berry | 37973190000180693 |
| Hvywt 4g Haymaker: Banana Punch x Do-Si-Pie Indica | 37973190000143615 |
| Hvywt 4g Haymaker: Gunpowder x Georgia Pie Sativa | 37973190000143617 |
| Hvywt 4g Haymaker: Louis XIII x Great White Shark Indica | 37973190000143619 |
| Hvywt 4g Haymaker: Lychee Snow x Cherry Blossom Sativa | 37973190000143621 |
| Hvywt 4g Haymaker: Mango Cream x White Truffle Mac Indica | 37973190000143623 |
| Hvywt 4g Haymaker: Peach Ringz x Apple Sundae Sativa | 37973190000143625 |
| Hvywt 4g Haymaker: Pineapple Glaze x Rainbow Sprinkles Sativa | 37973190000143627 |
| Hvywt 4g Haymaker: Pink Rozay x Strawberries & Cream Hybrid | 37973190000143629 |
| Hvywt 4g Haymaker: Rainbow Sherbert #11 x Zkittlez Mints Hybrid | 37973190000143631 |
| Hvywt 4g Haymaker : White Runtz x Tangerine Kush Indica | 37973190000143633 |
| HHC-P Live Resin 2g: Devil Driver Hybrid | 37973190000145097 |
| HHC-P Live Resin 2g: Juicy Hashberry Indica | 37973190000145101 |
| HHC-P Live Resin 2g: Romulan Grapefruit Indica | 37973190000145103 |
| HHC-P Live Resin 2g: Super Lemon Haze Sativa | 37973190000145105 |
| HHC-P Live Resin 2g: Trainwreck Sativa | 37973190000145107 |

| Product | Code |
|---|---|
| HHC-P Live Resin 2g: Champagne Breath Sativa | 3797319000001450095 |
| HHC-P Live Resin 2g: Fuel Biscuits Hybrid | 3797319000001450099 |
| Live Sugar 3.5g Blend: Blackberry Muffin - (Indica) | 3797319000005842141 |
| Live Sugar 3.5g Blend: Bull Rider - (Indica) | 3797319000005842111 |
| Live Sugar 3.5g Blend: Death Star - (Indica) | 3797319000005842131 |
| Live Sugar 3.5g Blend: Golden Goat - (Sativa) | 3797319000005842071 |
| Live Sugar 3.5g Blend: Gorilla Bomb - (Sativa) | 3797319000005842081 |
| Live Sugar 3.5g Blend: Khalifa Kush - (Indica) | 3797319000005842121 |
| Live Sugar 3.5g Blend: Peach Mimosa - (Sativa) | 3797319000005842045 |
| Live Sugar 3.5g Blend: Pineapple Fritter - (Hybrid) | 3797319000005842091 |
| Live Sugar 3.5g Blend: Rascal OG - (Sativa) | 3797319000005842031 |
| Live Sugar 3.5g Blend: Sour Raspberry - (Hybrid) | 3797319000005842101 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Ace of Spades Indica | 3797319000001143001 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Animal Cookies Sativa | 3797319000001143003 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Bell Ringer Indica | 3797319000001143005 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Blue Strawberry Sativa | 3797319000001143007 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Blueberry Lemonade Sativa | 3797319000001143009 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Grape Gushers Hybrid | 3797319000001143011 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Kiwi Dragonberry Indica | 3797319000001143013 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Piña Colada Sativa | 3797319000001143015 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Pineapple Cake Indica | 3797319000001143017 |
| Lux 3.5g Liquid Diamonds THC-A + Delta 6: Rainbow Sprinkles Hybrid | 3797319000001143019 |
| Nitro Blend 3.5g: Animal Face - Sativa | 3797319000001720160 |
| Nitro Blend 3.5g: Blackberry Sherbet - Indica | 3797319000001720158 |
| Nitro Blend 3.5g: Gorilla Pancakes - Sativa | 3797319000001720166 |
| Nitro Blend 3.5g: LA Kush Cake - Hybrid | 3797319000001720174 |
| Nitro Blend 3.5g: Modified Grapes - Indica | 3797319000001720172 |
| Nitro Blend 3.5g: Oreoz - Hybrid | 3797319000001720176 |
| Nitro Blend 3.5g: Pop Rocks - Sativa | 3797319000001720168 |
| Nitro Blend 3.5g: Purple Boost - Sativa | 3797319000001720170 |
| Nitro Blend 3.5g: Strawberry Gelato - Indica | 3797319000001720162 |
| Nitro Blend 3.5g: Unicorn Milk - Indica | 3797319000001720164 |

| Product | Code | # |
|---|---|---|
| Nitro Blend XXL 7000mg Gummies: Cotton Candy Grape | 3797319000000488398 | |
| Nitro Blend XXL 7000mg Gummies: Kiwi Strawberry | 3797319000000488400 | |
| Nitro Blend XXL 7000mg Gummies: Mango Pineapple | 3797319000000488402 | |
| Nitro Blend XXL 7000mg Gummies: Piña Colada | 3797319000000488396 | |
| Nitro Blend XXL 7000mg Gummies: Rainbow Snow Cone | 3797319000000488394 | |
| Nitro Blend XXL 7000mg Gummies: Sour Lemon Cherry | 3797319000000488404 | |
| Phantom 3.5g PHC + D-9 + THC-P: Blueberry Slushie Sativa | 3797319000000139001 | |
| Phantom 3.5g PHC + D-9 + THC-P: Bubblegum Haze Sativa | 3797319000000139003 | |
| Phantom 3.5g PHC + D-9 + THC-P: Butter Cake Indica | 3797319000000139005 | |
| Phantom 3.5g PHC + D-9 + THC-P: Mango Mimosa Hybrid | 3797319000000139007 | |
| Phantom 3.5g PHC + D-9 + THC-P: Platinum Runtz Indica | 3797319000000139009 | |
| Phantom 3.5g PHC + D-9 + THC-P: Purple Tangie Sativa | 3797319000000139011 | |
| Phantom 3.5g PHC + D-9 + THC-P: Space Mints Indica | 3797319000000139013 | |
| Phantom 3.5g PHC + D-9 + THC-P: Wedding Crasher Sativa | 3797319000000139015 | |
| Phantom 3.5g PHC + D-9 + THC-P: White Gushers Indica | 3797319000000139017 | |
| Phantom 3.5g PHC + D-9 + THC-P: Zookies Hybrid | 3797319000000139019 | |
| Razor Caviar Sauce 4.5g: Berry Cream Puff - (Sativa) | 3797319000005840000 | |
| Razor Caviar Sauce 4.5g: Blue Dream - (Sativa) | 3797319000005842661 | |
| Razor Caviar Sauce 4.5g: Blue Razz - (Indica) | 3797319000005842707 | |
| Razor Caviar Sauce 4.5g: Bubba Kush - (Indica) | 3797319000005842715 | |
| Razor Caviar Sauce 4.5g: Frozen Grapes - (Indica) | 3797319000005842687 | |
| Razor Caviar Sauce 4.5g: Fruit Punch - (Sativa) | 3797319000005842651 | |
| Razor Caviar Sauce 4.5g: GG4 - (Hybrid) | 3797319000005842679 | |
| Razor Caviar Sauce 4.5g: Grandaddy Purple - (Indica) | 3797319000005842697 | |
| Razor Caviar Sauce 4.5g: Strawberry Cough - (Sativa) | 3797319000005842625 | |
| Razor Caviar Sauce 4.5g: Wedding Cake - (Hybrid) | 3797319000005842669 | |
| (3ct) Qxw 3 | | 8918 |
| (3ct) Qxw2 | | 8919 |
| 1ml Syringe | SP-277 | 8472 |
| 8-OH Hydroxy HHC Distillate (Shatter) | 7189030502606 | 8474 |
| Bath Soak: Lavender | Bath Salts 1000mg (CBD) | | 8482 |
| Cannabis Derived Terpenes | 6958945960142 | 8968 |

| Product | Code | Number |
|---|---|---|
| CBC Distillate | 6829881819342 | 8503 |
| CBD Isolate | 6826528374990 | 8509 |
| CBD Isolate (Sample) | 6826528374990-1 | 66521 |
| CBDa Isolate | 6847687655630 | 8518 |
| CBDa Isolate (Sample) | 6847687655630-1 | 66503 |
| CBDp Distillate | 7135169216718 | 8521 |
| CBDv Isolate | 6837226733774 | 8525 |
| CBG Isolate | 6826531029198 | 8528 |
| CBG Isolate (Sample) | 6826531029198-1 | 66508 |
| CBGa Isolate | 6838707519694 | 8533 |
| CBN Isolate | 6826538336462 | 8537 |
| CBN Isolate (Sample) | 6826538336462-1 | 66513 |
| CBNo Isolate | 6950244024526 | 8544 |
| CBT Distillate | 6928198009038 | 8548 |
| CDT Infused Delta 8 Distillate | 7023565682254 | 8575 |
| CDT Infused HHC Distillate | 7023654502606 | 8596 |
| Crystal Resistant CBD | 7065385009358 | 8617 |
| Delta 8 Dabs: Saucy Diamonds \| Recreational Concentrates | 6795662721230 | 8928 |
| Delta-10 THC Distillate | 6824875294926 | 8638 |
| Delta-8 Gummies | 6963949076686 | 8662 |
| Delta-8 Live Resin | 7013495111886 | 8680 |
| Delta-8 THC (Clear) Distillate | 6828411879630 | 8685 |
| Delta-8 THC + THCp Disposable Vape | 7176638038222 | 8694 |
| Delta-8 THC + THCp Disposable Vape: Blueberry Cookies | D8THC+THCP_VapeBlueberryCookies | 8699 |
| Delta-8 THC + THCp Disposable Vape: King Louis | D8THC-PlusTHCP_Vape | 8701 |
| Delta-8 THC + THCp Disposable Vape: Sweet Watermelon | D8THC+THCpVape_SweetWatermelon | 8702 |
| Delta-8 THC + THCp Disposable Vape: Trainwreck | D8THC-PlusTHCP_Vape_TrainWreck | 8703 |
| Delta-8 THC Amber Distillate | 7036256354510 | 8704 |
| Delta-8 THC Disposable Vape | 7176561164494 | 8713 |
| Delta-8 THC Disposable Vape: Blueberry Cookies | D8THCVapeDisposable-Blueberry_Cookies | 8718 |
| Delta-8 THC Disposable Vape: King Louis | D8THC-Vape-KingLouis | 8719 |
| Delta-8 THC Vape Disposable: Sweet Watermelon | D8THC_Vape_SweetWatermelon | 8720 |

| Product | Code | ID |
|---|---|---|
| Delta-8 THC Vape Disposable: Train Wreck | | 8721 |
| Delta-8 THCp Distillate | 6825535538510 | 8731 |
| Delta-8 THCv Isolate | 6829888471246 | 8737 |
| Delta-8 Water Soluble | 6826482794702 | 8740 |
| Delta-9 CBC Gummies | 6787735879886-1-1-1 | 58146 |
| Delta-9 CBC Gummies - Subscriptions test (Donot Purchase) | 6787735879886-1-1-1-1 | 65986 |
| Delta-9 CBN Gummies | 6787735879886-1 | 58070 |
| Delta-9 Gummies - REC'd 3:1 | 6787735879886 | 8745 |
| Delta-9 THCb Distillate | 7013495406798 | 8750 |
| Delta-9 THCh Distillate | 7034513981646 | 8756 |
| Delta-9 THCp Distillate | 6949388845262 | 8762 |
| Delta-9 THCPo Acetate Distillate | 7008919945422 | 8768 |
| Delta-9 THCv Gummies | 6787735879886-1-1 | 58140 |
| Delta-9 THCv Gummies (5 Pack) | | 63674 |
| Delta-9 THCv Isolate | 6850363818190 | 8774 |
| Focus Softgels 1:1 Ratio CBDv:THCv | | 8797 |
| Free Syringe Test | | 8798 |
| H4CBD Distillate | 7065381241038 | 8799 |
| HHC Disposable Vape (4 Flavors) | 7152909222094 | 8809 |
| HHC Disposable Vape: Blueberry Cookies | HHC_VapeBlueberryCookies | 8814 |
| HHC Disposable Vape: King Louis | HHC_VapeKingLouis | 8815 |
| HHC Disposable Vape: Sweet Watermelon | HHC_VapeSweetWatermelon | 8816 |
| HHC Disposable Vape: Trainwreck | HHC_VapeTrainwreck | 8817 |
| HHC Distillate | 6830053687502 | 8818 |
| HHC Live Resin | 7065385599182 | 8825 |
| HHC/CBN Distillate Blend | 6817779450062 | 8836 |
| HHC/THCv | 7013494554830 | 8844 |
| HHCo Acetate Distillate | 6902210527438 | 8849 |
| HHCp Distillate | 6925097664718 | 8858 |
| Live Hemp Terpenes | 7112587411662 | 8887 |
| Lush Diamonds: Designer Dabs | Concentrates (Delta 8, CBG, CBDa, CBC) | | 8914 |
| REC'd HHC Gummies | 6897438097614 | 8921 |

| Product | Number | SKU |
|---|---|---|
| Relief CBC Softgels | | 8927 |
| Sleep CBN Softgels | | 8936 |
| Stainless Steel Dab Tool Kit with Container | | 8940 |
| Subscription Test - Do not purchase | | 62971 |
| Test Product 1 | | 9040 |
| THCa Badder | | 9041 |
| THCa Crumble | | 9048 |
| THCa Diamonds | | 9056 |
| THCa Isolate | | 9067 |
| THCp Gummies | | 9090 |
| Sugar Wax: Designer Dabs | Recreational Concentrates (Delta 8, CBD, CBG, CBC) | | 9103 |
| Wildflower CBD Capsules - Vegan (900mg) | 6963949174990 | CAPS.WILDFLWR.CBD.900 |
| TribeTokes Delta-8 Concentrate Cartridge - Maui Wowie | | CNC.D8.TT.MAUIWOWIE |
| TribeTokes Delta-8 Concentrate Cartridge - Zkittles | | CNC.D8.TT.ZKITTLES |
| Franny's Bon Bon (Single) | 7110411059406 | EDI.CBD.BONBON.1PK |
| Franny's Bon Bon - 6pk (90mg) | 7113334980814 | EDI.CBD.BONBON.6PK |
| Chili Watermelon CBD Gummies (50mg) | 7120652697806 | EDI.CBD.CHILIWTRMN.50 |
| Chill Out Gummies 20 Pack | 7120652730574 | EDI.CBD.CHILLOUT.20 |
| Chill Out Gummies 5 Pack | | EDI.CBD.CHILLOUT.5 |
| Franny's Farmacy CBD Chocolates - 3pk | | EDI.CBD.CHOC.30 |
| Franny's Farmacy CBD Chocolates - 6pk | | EDI.CBD.CHOC.60 |
| Hemp Lemonade CBD Gummies (50mg) | | EDI.CBD.HEMPLEMONADE.50 |
| 12 oz Highrise CBD Lime Seltzer | | EDI.CBD.HIGHRISELIME.20 |
| Full Spectrum Honey - 12oz/100mg | | EDI.CBD.HONEY.100 |
| Full Spectrum Honey-10oz(100mg) | | EDI.CBD.HONEY.10OZ.100 |
| Full Spectrum Honey - 5oz/50mg | | EDI.CBD.HONEY.50 |
| Hemp-Infused Honey Sticks (15mg) | | EDI.CBD.HONEYSTICK.15 |
| OG Gummies 20 Pack | | EDI.CBD.OG.20 |
| OG Gummies 5 Pack | | EDI.CBD.OG.5 |
| Franny's Original CBD Chocolate Bar (120mg) | | EDI.CBD.OGCHOCBAR.120 |
| Franny's Original CBD Chocolate Bar (240mg) | | EDI.CBD.OGCHOCBAR.240 |
| Franny's Original CBD Gummies (100mg) | | EDI.CBD.OGGUMMIES.100 |

| Product | Code |
|---|---|
| Franny's Original CBD Gummies (250mg) | EDI.CBD.OGGUMMIES.250 |
| Franny's Original CBD Gummies (500mg) | EDI.CBD.OGGUMMIES.500 |
| Otherside CBD Coffee 8oz - 240mg (Medium Roast) | EDI.CBD.OS.COFFEE.240MED |
| Recharge Gummies 20 Pack | EDI.CBD.RECHARGE.20 |
| Recharge Gummies 5 Pack | EDI.CBD.RECHARGE.5 |
| Rise Up Gummies 20 Pack | EDI.CBD.RISEUP.20 |
| Rise Up Gummies 5 Pack | EDI.CBD.RISEUP.5 |
| Sea Salt & Hemp Seed CBD Chocolate Bar (120mg) | EDI.CBD.SSALTCHOCBAR.120 |
| Willie's Remedy Whole Bean Full Spectrum Hemp Coffee (250mg) - Dark | EDI.CBD.WILLIES.COFFEE.DARK.250 |
| Willie's Remedy Whole Bean Full Spectrum Hemp Coffee (250mg) - Decaf | EDI.CBD.WILLIES.COFFEE.DECAF.250 |
| Willie's Remedy Whole Bean Full Spectrum Hemp Coffee (250mg) - Light | EDI.CBD.WILLIES.COFFEE.LTE.250 |
| Willie's Remedy Whole Bean Full Spectrum Hemp Coffee (250mg) - Medium | EDI.CBD.WILLIES.COFFEE.MED.250 |
| Blue Razzmatazz Delta-8 THC Gummies (100mg) - 4pk | EDI.D8.BLURAZZ.100 |
| Blue Razz Delta-8 THC Gummies 5pk (125mg) | EDI.D8.BLURAZZ.125 |
| Blue Razzmatazz Delta-8 THC Gummies (500mg) | EDI.D8.BLURAZZ.500 |
| Blazing Blackberry Delta-8 THC Gummies-20pk | EDI.D8.BLZNBLCKBRRY.20 |
| Blazing Blackberry Delta-8 THC Gummies-5pk | EDI.D8.BLZNBLCKBRRY.5 |
| Cherry Kola Delta-8 THC Gummies (200mg) | EDI.D8.CHERRYKOLA.200 |
| Cherry Kola Delta-8 THC Gummies (50mg) | EDI.D8.CHERRYKOLA.50 |
| Franny's Delta 8 Chocolate Bar (240mg) | EDI.D8.CHOCBAR.240 |
| Ginger Lime Delta-8 THC Gummies (200mg) | EDI.D8.GINGERLIME.200 |
| Ginger Lime Delta-8 THC Gummies (50mg) | EDI.D8.GINGERLIME.50 |
| Luscious Lemon Delta-8 THC Gummies-5pk | EDI.D8.LUSLEMON.5 |
| Franny's Delta 8 Sea Salt Chocolate Bar (240mg) | EDI.D8.SEASLTBAR.240 |
| Strawberry Guava Delta-8 THC Gummies-20pk | EDI.D8.STRWBGUAVA.20 |
| Strawberry Guava Delta-8 THC Gummies-5pk | EDI.D8.STRWBGUAVA.5 |
| Franny's Delta 9 Chocolate Bar- Original (240mg) | EDI.D9.CHOCOBAR.240 |
| Fanny's Delta 9 Chocolate Bar- Sea Salt (240mg) | EDI.D9.CHOCOBARSEASLT.240 |
| 12oz Highrise D9 Pineapple Seltzer | EDI.D9.HIGHRISEPNEAPPLE.5 |
| Franny's Farmacy Delta 9 Mango Gummies(10mg)-20pk | EDI.D9.MANGO.20 |
| Franny's Farmacy Delta 9 Mango Gummies(10mg)-5pk | EDI.D9.MANGO.5 |
| Franny's Farmacy Delta 9 Watermelon Gummies-20pk | EDI.D9.WATERMELON.20 |

| Item | Manufact. SKU |
|---|---|
| Franny's Farmacy Delta 9 Watermelon Gummies-5pk | EDI.D9.WATERMELON.5 |
| Franny's Foods Tea Tin - I LOVE | EDI.FF.TEA.TIN.ILOVE |
| I AM - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.IAM |
| I DO - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.IDO |
| I FEEL - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.IFEEL |
| I KNOW - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.IKNOW |
| I LOVE - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.ILOVE |
| I SEE - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.ISEE |
| I SPEAK - Chakra Hemp Lose Leaf Tea | EDI.FFTEA.ISPEAK |
| Franny's Foods Tea Tin - I AM | EDI.FFTEA.TIN.IAM |
| Franny's Foods Tea Tin - I DO | EDI.FFTEA.TIN.IDO |
| Franny's Foods Tea Tin - I FEEL | EDI.FFTEA.TIN.IFEEL |
| Franny's Foods Tea Tin - I KNOW | EDI.FFTEA.TIN.IKNOW |
| Franny's Foods Tea Tin - I SEE | EDI.FFTEA.TIN.ISEE |
| Franny's Foods Tea Tin - I SPEAK | EDI.FFTEA.TIN.ISPEAK |
| Wedding Cake Delta-8 THC Hemp Flower - 1g | FLW.D8.WEDCAKE.1 |
| Wedding Cake Delta-8 THC Hemp Flower - 3.5g | FLW.D8.WEDCAKE.3.5 |
| Wedding Cake Delta-8 THC Hemp Flower - 3 PK Half Grammy Pre-Rolls | FLW.D8.WEDCAKE.3PK |
| Wedding Cake Delta-8 THC Hemp Flower - 7g | FLW.D8.WEDCAKE.7 |
| Bulk Wedding Cake Delta-8 THC Hemp Flower - 113g | FLW.D8.WEDCAKE.B113 |
| Wedding Cake Delta-8 THC Hemp Flower - Grammy Pre-Rolls | FLW.D8.WEDCAKE.G |
| Franny's Farmacy Chill Out Tincture - 1000MG | TINC.CBD.CHILLOUT.1000 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (1000mg) | TINC.CBD.NAT.1000 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (125mg) | TINC.CBD.NAT.125 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (125mg) | TINC.CBD.NAT.125 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (250mg) | TINC.CBD.NAT.250 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (250mg) | TINC.CBD.NAT.250 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (4000mg) | TINC.CBD.NAT.4000 |
| Full Spectrum Hemp Oil Tincture - Natural Flavor - (500mg) | TINC.CBD.NAT.500 |
| Full Spectrum Hemp Oil Tincture - Peppermint Flavor (1000mg) | TINC.CBD.PEPP.1000 |
| Full Spectrum Hemp Oil Tincture - Peppermint Flavor (250mg) | TINC.CBD.PEPP.250 |

| Product | Code |
|---|---|
| Full Spectrum Hemp Oil Tincture - Peppermint Flavor (250mg) | TINC.CBD.PEPP.250 |
| Full Spectrum Hemp Oil Tincture - Peppermint Flavor (500mg) | TINC.CBD.PEPP.500 |
| Full Spectrum Hemp Oil Tincture for Pets (200mg) | TINC.CBD.PET.200 |
| Franny's Farmacy Recharge Tincture - 1000MG | TINC.CBD.RECHARGE.1000 |
| Franny's Farmacy Rise Up Tincture - 1000MG | TINC.CBD.RISEUP.1000 |
| Hemp Oil Tincture - CBD Isolate (1000mg) | TINC.ISO.1000 |
| Hemp Oil Tincture - CBD Isolate (250mg) | TINC.ISO.250 |
| Hemp Oil Tincture - CBD Isolate (250mg) | TINC.ISO.250 |
| Hemp Oil Tincture - CBD Isolate (500mg) | TINC.ISO.500 |
| Hemp Oil Tincture - CBD Isolate (500mg) | TINC.ISO.500 |
| Anti-Aging Full Spectrum Face Cream (50mg) | TOP.CBD.AAFACECREAM.50 |
| Anti-Aging Full Spectrum Face Mask - Deluxe Full Size (8oz) | TOP.CBD.AAFACEMASK.200 |
| Anti-Aging Full Spectrum Face Mask - Full Size (2 oz) | TOP.CBD.AAFACEMASK.50 |
| Full Spectrum Hemp Bath Bombs (75mg) - Lavender & Chamomile | TOP.CBD.BATHBOMB.LAVCHAM.75 |
| Full Spectrum Hemp Bath Bombs (75mg) - Milk & Honey | TOP.CBD.BATHBOMB.MLKHON.75 |
| Full Spectrum Hemp Bath Salts - 8oz | TOP.CBD.BATHSALTS.200 |
| Full Spectrum Hemp Bath Salts - 2oz | TOP.CBD.BATHSALTS.50 |
| Full Spectrum Hemp Healing Lotion (600mg) | TOP.CBD.HEALLOTION.600 |
| Full Spectrum Hemp Healing Lip Balm (10mg) | TOP.CBD.LIPBALM.10 |
| Hemp Healing Salve (600mg) | TOP.CBD.SALVE.600 |
| Hemp Seed Oil Lotion - 16oz | TOP.HEMPLOTION |
| Franny's Delta8 Brookies | EDI.D8.BROOKIES.50 |