IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **NORTHERN VIRGINIA HEMP** <br> **AND AGRICULTURE LLC**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE COMMONWEALTH OF** <br> **VIRGINIA**, *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-01177-LMB-IDD <br><br> **NOTICE OF HEARING** |

**PLEASE BE ADVISED THAT** on Friday, September 29, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will move this Court for entry of an order granting Plaintiffs a preliminary injunction in accordance with the motion at Docket No. 6.

Respectfully submitted,

*/s/ James N. Markels*
James N. Markels (VSB #68399)
Email: jnm@cwattorney.com
Thomas W. Croessmann (VSB #88086)
Email: twc@cwattorney.com
Philip R. Croessmann (VSB #27779)
Email: prc@cwattorney.com
CROESSMANN & WESTBERG, P.C.
8000 Towers Crescent Drive, #1575
Vienna, VA 22182
Phone: (703) 483-3550
Facsimile: (703) 349-3414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of September, 2023, a true and accurate copy of the foregoing was filed electronically using the CM/ECF system, and that there are no counsel of record for the defendants at this time.

*/s/ James N. Markels*
James N. Markels (VSB #68399)
CROESSMANN & WESTBERG, P.C.
8000 Towers Crescent Drive, #1575
Vienna, VA 22182
Phone: (703) 483-3550
Facsimile: (703) 349-3414
Email: jnm@cwattorney.com
