IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORTHERN VIRGINIA HEMP AND ) <br> AGRICULTURE LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE COMMONWEALTH OF VIRGINIA, *et al.*, ) <br> ) <br> Defendants. | 1:23-cv-01177 (LMB/IDD) |

ORDER

On September 1, 2023, plaintiffs filed suit seeking declaratory relief against the Commonwealth of Virginia; the Governor of Virginia; the Attorney General of Virginia; the Board of Agriculture and Consumer Services of Virginia, including its Commissioner; the Virginia Cannabis Control Authority; and 120 Commonwealth Attorneys, which appears to represent all the elected prosecutors in Virginia [Dkt. No. 1]. Plaintiffs also filed a Motion for Preliminary Injunction [Dkt. No. 6], along with a 49-page memorandum [Dkt. No. 7] in support. Contemporaneous with that filing, plaintiffs filed a Motion for Leave to Exceed Page Limit Under L.C.R. 7(F)(3) [Dkt. No. 4]. Local Civil Rule 7(F)(3) states, in relevant part, that "[e]xcept for good cause shown in advance of filing, opening and responsive briefs . . . shall not exceed thirty (30) . . . pages double spaced" (emphasis added). The Court finds that plaintiffs have not demonstrated good cause to exceed the Rule's page limit requirement. Plaintiffs' memorandum exceeds the page limit by 19 pages, and plaintiffs did not attempt to show good cause for its length before filing, aside from requesting that the Court examine the substance of their claims. For these reasons, plaintiffs' Motion for Leave to Exceed Page Limit Under L.C.R. 7(F)(3) [Dkt. No. 4] is DENIED, and it is hereby

ORDERED that plaintiffs' memorandum be and is stricken from the record; and it is further

ORDERED that plaintiffs file a revised memorandum that complies with Local Civil Rule 7(F)(3) by September 22, 2023.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 5th day of September, 2023.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge