IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORTHERN VIRGINIA HEMP AND AGRICULTURE LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE COMMONWEALTH OF VIRGINIA, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-01177-LMB-IDD |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON DEFENDANTS'**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**PLEASE TAKE NOTICE** that Defendants, The Commonwealth of Virginia (the "Commonwealth"), Governor Glenn Youngkin ("Governor Youngkin"), Attorney General Jason Miyares ("Attorney General Miyares"), the Virginia Board of Agriculture and Consumer Services ("VBACS"), Commissioner Joseph Guthrie ("Commissioner Guthrie"), and the Virginia Cannabis Control Authority ("VCCA") (collectively, "Virginia" or the "Defendants"), by and through counsel, pursuant to Local Civil Rule 7, hereby waive oral argument on their Unopposed Motion for Extension of Time, and submit the motion on the record and the briefs.

Dated: September 25, 2023

Respectfully submitted,

*By Counsel*

 /s/ *Benjamin L. Hatch*
Benjamin L. Hatch

1

| **Office of the Attorney General of Virginia** | **McGuireWoods LLP** |
|---|---|
| Calvin C. Brown<br>Senior Assistant Attorney General<br>Barbara Johns Building<br>202 North 9th Street<br>Richmond, Virginia 23219<br>T: (804) 786-4933<br>F: (804) 371-2087<br>cbrown@oag.state.va.us | Benjamin L. Hatch<br>World Trade Center<br>101 West Main Street, Suite 900<br>Norfolk, VA 23510<br>T: (757)640-3727<br>F: (757)640-3700<br>bhatch@mcguirewoods.com<br><br>Jonathan Blank<br>323 Second St. SE, Suite 700<br>Charlottesville, VA 22902<br>T: (434) 977-2500<br>F: (434) 980-2222<br>jblank@mcguirewoods.com<br><br>Jackie L. White<br>1750 Tysons Blvd., Suite 1800<br>Tysons, VA 22102<br>T: (703) 712-5000<br>F: (703)712-5050<br>jwhite@mcguirewoods.com<br><br>Stanley A. Roberts<br>Juliet B. Clark<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>T: (804) 775-1000<br>F: (804)775-1061<br>sroberts@mcguirewoods.com<br>jbclark@mcguirewoods.com<br><br>*Counsel for Defendants The Commonwealth of Virginia, Governor Glenn Youngkin, Attorney General Jason Miyares, the Virginia Board of Agriculture and Consumer Services, Commissioner Joseph Guthrie, and the Virginia Cannabis Control Authority* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record as follows:

James Nelson Markels
Croessman & Westberg, P.C.
8000 Towers Crescent Drive
Suite 1575
Vienna, VA 22182
Tel: 703-939-1827
Fax: 703-349-3414
jnm@cwattorney.com

*Counsel for Plaintiffs*

                                               /s/ *Benjamin L. Hatch*
                                                Benjamin L. Hatch