# CIVIL MOTION MINUTES

Date: 09/29/2023　　　　　　　　　　　Judge: Brinkema
　　　　　　　　　　　　　　　　　　　　Reporter:　S. Austin

Time:　10:22am – 10:52am

Civil Action Number:　1:23cv1177

　NORTHERN VIRGINIA HEMP AND AGRICULTURE, LLC ET AL
　vs.
　COMMONWEALTH OF VIRGINIA et al

Appearances of Counsel for　　　(X) Pltf　　　( X) Deft

Motion to/for:
　#6 PLTF MOTION FOR PRELIMINARY INJUNCTION

Argued &
(  ) Granted　　(  ) Denied (  ) Granted in part/Denied in part
(  )Held in Abeyance (X) Taken Under Advisement　(  ) Continued to (  ) Overruled

(  ) Memorandum Opinion to Follow

(  )　Order to follow