IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORTHERN VIRGINIA HEMP AND AGRICULTURE LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 1:23-cv-01177-LMB-IDD |
| THE COMMONWEALTH OF VIRGINIA, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT
FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**

COME NOW Defendants, by and through counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully submit this Motion to Dismiss the Amended Complaint for Lack of Jurisdiction and Failure to State a Claim.  Because Plaintiffs lack standing to bring many of their claims, and because the allegations in the Complaint do not make out any cause of action upon which relief can be granted against the named Defendants, this Court should dismiss the Amended Complaint in its entirety.  This Motion is supported by the Memorandum of Law that is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendants ask this Court to enter an order granting their Motion to Dismiss, dismiss with prejudice all of Plaintiffs' claims against them, and grant such other and further relief as the Court may deem appropriate.

Dated: October 17, 2023                              Respectfully submitted,

/s/ *Benjamin L. Hatch*
Benjamin L. Hatch

**Office of the Attorney General of Virginia**

Calvin C. Brown
Senior Assistant Attorney General
Barbara Johns Building
202 North 9th Street
Richmond, Virginia 23219
T: (804) 786-4933
F: (804) 371-2087
cbrown@oag.state.va.us

**McGuireWoods LLP**

Benjamin L. Hatch
World Trade Center
101 West Main Street, Suite 900
Norfolk, VA 23510
T: (757)640-3727
F: (757)640-3700
bhatch@mcguirewoods.com

Jonathan T. Blank
323 Second St. SE, Suite 700
Charlottesville, VA 22902
T: (434) 977-2500
F: (434) 980-2222
jblank@mcguirewoods.com

Jackie L. White
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
T: (703) 712-5000
F: (703) 712-5050
jwhite@mcguirewoods.com

Stanley A. Roberts
Juliet B. Clark
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1000
F: (804)775-1061
sroberts@mcguirewoods.com
jbclark@mcguirewoods.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record as follows:

Thomas W. Croessmann
James Nelson Markels
Croessmann & Westberg, P.C.
8000 Towers Crescent Drive
Suite 1575
Vienna, VA 22182
Tel: 703-939-1827
Fax: 703-349-3414
twc@cwattorney.com
jnm@cwattorney.com

*Counsel for Plaintiffs*

/s/ *Benjamin L. Hatch*
Benjamin L. Hatch