IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **NORTHERN VIRGINIA HEMP AND AGRICULTURE LLC,** *et al.*, ) ) )<br><br>*Plaintiffs*, ) )<br><br>v. ) )<br><br>**THE COMMONWEALTH OF VIRGINIA,** *et al.*, ) ) ) )<br><br>*Defendants*. ) ) | Case No. 1:23-cv-01177 |

## ORDER

**UPON CONSIDERATION** of the Unopposed Motion for Extension to File Opposition to Defendants' Motion to Dismiss [ECF 64] filed by the Plaintiffs in the above-captioned matter, and

**IT APPEARING** that the Unopposed Motion should be granted, it is hereby

**ORDERED**, that Plaintiffs' Unopposed Motion for Extension to File Opposition to Defendants' Motion to Dismiss [ECF 64] be, and hereby is, **GRANTED**; and it is hereby

**ORDERED**, that Plaintiffs be, and hereby are, **ORDERED** to file an opposition to Defendants' Motion to Dismiss by or before November 20, 2023.

This cause shall continue.

By my hand this 23rd day of October, 2023.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

Copies: to all counsel and parties of record