IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **NORTHERN VIRGINIA HEMP AND AGRICULTURE LLC**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE COMMONWEALTH OF VIRGINIA**, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:23-cv-01177 |

## CERTIFICATE REGARDING TRANSCRIPT

Pursuant to Fed. R. App. P. 10(b), Plaintiffs Northern Virginia Hemp and Agriculture, LLC, Rose Lane, an individual, and Franny's Operations, Inc., hereby certify that the transcript of the hearing on September 29, 2023 was already ordered and is already part of the record of this case. *See* ECF 52 (notice of transcript being on file) and 75 (stating "all transcripts on file").

Respectfully submitted,

*/s/ James N. Markels*
James N. Markels (VSB #68399)
Email: jnm@cwattorney.com
Thomas W. Croessmann (VSB #88086)
Email: twc@cwattorney.com
CROESSMANN & WESTBERG, P.C.
8000 Towers Crescent Drive, #1575
Tysons, VA 22182
Phone: (703) 483-3550
Facsimile: (703) 349-3414

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 15th day of November, 2023, I electronically filed the foregoing on behalf of the Plaintiffs using the CM/ECF system, which will send notifications to all counsel of record in this case.

*/s/ James N. Markels*
James N. Markels (VSB #68399)
CROESSMANN & WESTBERG, P.C.
8000 Towers Crescent Drive, #1575
Tysons, VA 22182
Phone: (703) 483-3550
Facsimile: (703) 349-3414
Email: jnm@cwattorney.com
*Counsel for the Plaintiffs*